The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORIENT MARITIME LIMITED, a Bangladesh Corporation,<br>      Plaintiff,<br><br>  vs.<br><br>SSA INTERNATIONAL, INC., a Washington corporation; STEVEDORING SERVICES OF AMERICA, INC. n/k/a SSA MARINE, INC., a Washington corporation; CARRIX, INC., a Washington corporation; FRS CAPITAL CORP., a Washington corporation; JON F. HEMINGWAY, a citizen of Washington; ROBERT E. WATTERS, a citizen of Washington; DANIEL FLYNN, a citizen of Washington; CHARLIE SADOSKI, a citizen of Washington; ROBERT D. KAPLAN, a citizen of Washington; and BOGLE & GATES, P.L.L.C., a Washington limited liability company; and DOES 1 through 100,<br>      Defendants,<br><br>ASHFAQUE RAHMAN, a citizen of Bangladesh,<br>    Additional Defendant on Counterclaim | NO.  C05-1100 RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**[CLERK'S ACTION REQUIRED]** |

*Stipulation and Order of Dismissal*
*(C05-1100 RSL) -Page 1 of 4*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

## I. STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record, that the above-entitled cause may be dismissed with prejudice and without costs to any party.

DATED this 11th day of September, 2006.

HILLIS CLARK MARTIN & PETERSON, P.S.
By___s/Mary E. Crego_____
Louis D. Peterson, WSBA #5776
Mary E. Crego, WSBA #31593
500 Galland Building
1221 Second Avenue
Seattle, WA 98101-2925
206-623-1745
206-623-7789 (fax)
ldp@hcmp.com; mec@hcmp.com

Attorneys for Defendants
SSA International, Inc., Stevedoring Services of America, Inc. n/k/a SSA Marine, Inc., Carrix, Inc., FRS Capital Corp., Jon F. Hemingway, Robert E. Watters, Daniel Flynn, Charlie Sadoski, and Robert D. Kaplan

By___Roy Z. Silva_____
STAFFORD FREY COOPER
Marcus Nash, WSBA #14471
Danford D. Grant, WSBA #26042
601 Union Street, Suite 3100
Seattle WA 98101-1374
206-623-9900; 206-624-6885 (fax)

O'BRIEN ABELES, LLP
Robert C. O'Brien, CA SBA #145372,
(Admitted *Pro Hac Vice*)
Roy Z. Silva, CA SBA #137483
(Admitted *Pro Hac Vice*)
David G. Bayles, CA SBA #208112
(Admitted *Pro Hac Vice*)
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071
213-629-7400
213-629-7401 (fax)
Attorneys for Plaintiff
Orient Maritime Limited and Ashfaque Rahman

## II. ORDER OF DISMISSAL

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court upon the stipulation of the parties hereto, and it appearing to the Court that the parties have stipulated that this matter be dismissed, now, therefore, it is hereby

*Stipulation and Order of Dismissal (C05-1100 RSL) -Page 2 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

ORDERED, ADJUDGED, AND DECREED that plaintiff's Complaint and defendants' Counterclaim be and the same are hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this ____ day of September, 2006.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

HILLIS CLARK MARTIN & PETERSON, P.S.

By   s/Mary E. Crego
   Louis D. Peterson, WSBA #5776
   Mary E. Crego, WSBA #31593
500 Galland Building
1221 Second Avenue
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com; mec@hcmp.com

Attorneys for Defendants

By   s/ Roy Z. Silva
STAFFORD FREY COOPER
Marcus Nash, WSBA #14471
Danford D. Grant, WSBA #26042
601 Union Street, Suite 3100
Seattle WA 98101-1374
206-623-9900; 206-624-6885 (fax)

O'BRIEN ABELES, LLP
Robert C. O'Brien, CA SBA #145372,
(Admitted *Pro Hac Vice*)
Roy Z. Silva, CA SBA #137483
(Admitted *Pro Hac Vice*)
David G. Bayles, CA SBA #208112
(Admitted *Pro Hac Vice*)
445 S. Figueroa Street, Suite 3750
Los Angeles, CA  90071
213-629-7400
213-629-7401 (fax)
Attorneys for Plaintiff
Orient Maritime Limited and Ashfaque Rahman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2006, I electronically filed this Stipulation and Order of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Marcus B. Nash
    Scott D. Fletcher
    Danford D. Grant
    Stafford Frey Cooper
    601 Union Street, Suite 3100
    Seattle WA 98101-1374
    dgrant@staffordfrey.com
    sfletcher@staffordfrey.com
    dgrant@staffordfrey.com


    Robert C. O'Brien
    Roy Z. Silva
    David G. Bayles
    O'Brien Abeles, LLP
    445 S. Figueroa Street, Suite 3750
    Los Angeles, CA  90071
    robrien@obrienzarian.com
    rsilva@obrienzarian.com
    dbayles@obrienzarian.com

DATED this 11th day of September, 2006 at Seattle, Washington.

    By___s/ Louis D. Peterson_____
        Louis D. Peterson, WSBA #5776
        Hillis Clark Martin & Peterson
        500 Galland Building
        1221 Second Avenue
        Seattle WA 98101-2925
        Telephone:  (206) 623-1745
        Facsimile:  (206) 623-7789
        Email:  ldp@hcmp.com

#336652  18600-002  77rg01!.doc  9/11/2006