The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORIENT MARITIME LIMITED, a Bangladesh Corporation,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>SSA INTERNATIONAL, INC., a Washington corporation; STEVEDORING SERVICES OF AMERICA, INC. n/k/a SSA MARINE, INC., a Washington corporation; CARRIX, INC., a Washington corporation; FRS CAPITAL CORP., a Washington corporation; JON F. HEMINGWAY, a citizen of Washington; ROBERT E. WATTERS, a citizen of Washington; DANIEL FLYNN, a citizen of Washington; CHARLIE SADOSKI, a citizen of Washington; ROBERT D. KAPLAN, a citizen of Washington; and BOGLE & GATES, P.L.L.C., a Washington limited liability company; and DOES 1 through 100,<br>　　　　　　Defendants,<br><br>ASHFAQUE RAHMAN, a citizen of Bangladesh,<br>　　　　　　Additional Defendant on Counterclaim | NO. C05-1100 RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br><br><br>05-CV-01100-ORD |

*Stipulation and Order of Dismissal*
*(C05-1100 RSL) -Page 1 of 4*

## I.  STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record, that the above-entitled cause may be dismissed with prejudice and without costs to any party.

DATED this 11th day of September, 2006.

HILLIS CLARK MARTIN & PETERSON, P.S.
By___s/Mary E. Crego_____
Louis D. Peterson, WSBA #5776
Mary E. Crego, WSBA #31593
500 Galland Building
1221 Second Avenue
Seattle, WA  98101-2925
206-623-1745
206-623-7789 (fax)
ldp@hcmp.com; mec@hcmp.com

Attorneys for Defendants
SSA International, Inc., Stevedoring Services of America, Inc. n/k/a SSA Marine, Inc., Carrix, Inc., FRS Capital Corp., Jon F. Hemingway, Robert E. Watters, Daniel Flynn, Charlie Sadoski, and Robert D. Kaplan

By___Roy Z. Silva_____
STAFFORD FREY COOPER
Marcus Nash, WSBA #14471
Danford D. Grant, WSBA #26042
601 Union Street, Suite 3100
Seattle WA 98101-1374
206-623-9900; 206-624-6885 (fax)

O'BRIEN ABELES, LLP
Robert C. O'Brien, CA SBA #145372,
(Admitted *Pro Hac Vice*)
Roy Z. Silva, CA SBA #137483
(Admitted *Pro Hac Vice*)
David G. Bayles, CA SBA #208112
(Admitted *Pro Hac Vice*)
445 S. Figueroa Street, Suite 3750
Los Angeles, CA  90071
213-629-7400
213-629-7401 (fax)
Attorneys for Plaintiff
Orient Maritime Limited and Ashfaque Rahman

## II.  ORDER OF DISMISSAL

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court upon the stipulation of the parties hereto, and it appearing to the Court that the parties have stipulated that this matter be dismissed, now, therefore, it is hereby

*Stipulation and Order of Dismissal*
*(C05-1100 RSL) -Page 2 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

1  ORDERED, ADJUDGED, AND DECREED that plaintiff's Complaint and defendants'
2  Counterclaim be and the same are hereby dismissed with prejudice and without costs to any
3  party.
4  DONE IN OPEN COURT this 12th day of September, 2006.

   */s/ S Lasnik*
   _____
   HONORABLE ROBERT S. LASNIK

Presented by:

HILLIS CLARK MARTIN & PETERSON, P.S.

By   s/Mary E. Crego
   Louis D. Peterson, WSBA #5776
   Mary E. Crego, WSBA #31593
500 Galland Building
1221 Second Avenue
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com; mec@hcmp.com

Attorneys for Defendants

By   s/ Roy Z. Silva
STAFFORD FREY COOPER
Marcus Nash, WSBA #14471
Danford D. Grant, WSBA #26042
601 Union Street, Suite 3100
Seattle WA 98101-1374
206-623-9900; 206-624-6885 (fax)

O'BRIEN ABELES, LLP
Robert C. O'Brien, CA SBA #145372,
(Admitted *Pro Hac Vice*)
Roy Z. Silva, CA SBA #137483
(Admitted *Pro Hac Vice*)
David G. Bayles, CA SBA #208112
(Admitted *Pro Hac Vice*)
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071
213-629-7400
213-629-7401 (fax)
Attorneys for Plaintiff
Orient Maritime Limited and Ashfaque
Rahman

*Stipulation and Order of Dismissal*
*(C05-1100 RSL) -Page 3 of 4*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789